**BENDIT WEINSTOCK**
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
80 MAIN STREET, Suite 260
WEST ORANGE, N.J. 07052
(973) 736-9800
Attorneys for Michele Sander
File # 40660-R/KB

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELE SANDER,<br><br>  Plaintiff,<br><br>  -vs-<br><br>HR TRUST SERVICES, LLC, HR TRUST LLP, HRT SERVICES, II, LLP, HRT INSURANCE AGENCY, LLP, OUTSOURCING WORKS, LLP, 1099 GROUP BENEFITS, LLP, IBO MANAGED SERVICES, INC., ACEVEDO SPAIN HOLDING, INC., ACEVEDO SPAIN, LP, RONALD SPAIN a/k/a RON SPAIN, JANICE ACEVEDO, SUPERIEN HEALTH NETWORKS, INTERPLAN HEALTH GROUP, PHCS PRIVATE HEALTH SYSTEMS, MULTIPLAN, INC., LDI PHARMACY SERVICES, INTERGROUP SERVICE, CORP., WEB-TPA, INC., SPECTERA, INC., AND UNITED HEALTHCARE GROUP,<br><br>  Defendants | CIVIL NO. 08-cv-1383 (PGS-ES)<br><br>**NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, AS TO DEFENDANT LDI PHARMACY SERVICES ONLY** |

TO: James H. Ferrick III, Esq.
Greens Felder Hemker & Gale, P.C.
2000 Equitable Building, 10S. Broadway
St. Louis, Missouri 63102-1747
Attorneys for Defendant, LDP Pharmacy Services

SIR:

Take notice that after the receipt and review of the sworn Affidavit of Joseph M. McHugh, CEO of defendant, LDI Pharmacy Services ("LDI"), the above matter is hereby dismissed, without prejudice, against defendant LDI only. The Affidavit of Joseph M. McHugh is attached as **Exhibit A**.

BENDIT WEINSTOCK, P.A.
Attorneys for Plaintiff

_____
KINGSUK BHATTACHARYA, ESQ.

DATED: 11/20/08

Entered On: 11/21/08

By:

_____
U.S.D.J.

H:\Document\CLIENTS\AR\sander\PLEADINGS\VOL-DISS-PHAMACY.PLD

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELE SANDER, | ) |
| | ) |
| Plaintiff, | ) CIVIL NO. 08CV1383 (PGS-ES) |
| | ) |
| v. | ) |
| | ) |
| HR TRUST SERVICES, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF JOSEPH M. MCHUGH

I, Joseph M. McHugh, having been duly sworn on my oath, hereby state and affirm as follows:

1. My name is Joseph M. McHugh. I am over 21 years of age. I am of sound mind, capable of making this decision and have personal knowledge of the facts set forth below.

2. I am currently employed by Leehar Distributors, Inc., d/b/a LDI Integrated Pharmacy Services ("LDI"), as Chief Operating Officer.

3. LDI and HR Trust began doing business on or about December 1, 2006, which was the plan implementation date for HR Trust. To that end, LDI entered into a Business Associate Agreement with HR Trust on or about October 20, 2006.

4. LDI did not provide its pharmacy benefits management services to HR Trust policy holders before December 1, 2006.

5. LDI did not offer its pharmacy benefits management services to HR Trust policy holders before October 20, 2006.

FURTHER AFFIANT SAYETH NAUGHT

Joseph M. McHugh,
Chief Operating Officer
LDI Integrated Pharmacy Services

Signed and sworn to before me this 20th day of November, 2008

Notary Public

My commission expires:

5/27/2010

" NOTARY SEAL "
David M. Byrne, Notary Public
St Louis County, State of Missouri
My Commission Expires 5/27/2010
Commission # 08433430

#1093091