UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELLE SANDER, | ) |
| | ) |
| Plaintiff, | ) Hon. Garrett E. Brown, Jr. |
| | ) |
| v. | ) |
| | ) Civil Action No. 08-1383 (GEB) |
| HR TRUST SERVICES, LLC; HR TRUST LLP; HRT SERVICES, II, LLP; HRT INSURANCE AGENCY, LLP; OUTSOURCING WORKS, LLP; 1099 GROUP BENEFITS, LLP; IBO MANAGED SERVICES, INC.; ACEVEDO SPAIN HOLDING, INC.; ACEVEDO SPAIN, LP; RONALD SPAIN a/k/a RON SPAIN; JANICE ACEVEDO; SUPERIEN HEALTH NETWORKS; INTERPLAN HEALTH GROUP; PHCS PRIVATE HEALTH SYSTEMS; MULTIPLAN, INC.; WEB-TPA, INC.; SPECTERA, INC.; and UNITED HEALTHCARE INSURANCE COMPANY, | ) **ORDER** |
| Defendants. | ) |

This matter having come before the Court on the motion to dismiss (Doc. No. 39) filed by Defendants United Healthcare Insurance Company and Spectera, Inc. (collectively "Moving Defendants"); and the Court having reviewed the parties' submissions and decided the motion without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons set forth in the accompanying Memorandum Opinion;

IT IS THIS 21st day of September, 2009,

ORDERED that Moving Defendants' motion to dismiss (Doc. No. 39) is GRANTED.

    S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court