# BENDIT WEINSTOCK
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
80 MAIN STREET, SUITE 260
WEST ORANGE, N.J. 07052
(973) 736-9800
By: Alan Roth, Esq.
Attorneys for Plaintiff
Our File #40660-AR

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHELE SANDER,<br><br>Plaintiff,<br><br>-vs-<br><br>HR TRUST SERVICES, LLC, HR TRUST LLP, HRT SERVICES, II, LLP, HRT INSURANCE AGENCY, LLP, OUTSOURCING WORKS, LLP, 1099 GROUP BENEFITS, LLP, IBO MANAGED SERVICES, INC., ACEVEDO SPAIN HOLDING, INC., ACEVEDO SPAIN, LP, RONALD SPAIN a/k/a RON SPAIN, JANICE ACEVEDO, SUPERIEN HEALTH NETWORKS, INTERPLAN HEALTH GROUP, PHCS PRIVATE HEALTH SYSTEMS, MULTIPLAN, INC., and WEB-TPA, INC.,<br><br>Defendants. | CIVIL NO. 08-cv-1383 (PGS-ES)<br><br>Return Date: October 19, 2009 |

## NOTICE OF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

TO:

Michael Bernstein, Esq.
Sedgwick Detert Moran & Arnold, LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400

Richard A. Ulsamer, Esq.
Tompkins McGuire Wachenfeld
  & Barry, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

Julio C. Gomez, Esq.
The Sturcke Building
111 Quimby Street, Suite 8
Westfield, New Jersey 07090

   AND

R. Michael Smith
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
233 E. Redwood Street
Baltimore, Maryland 21202

**PLEASE TAKE NOTICE** that on October 19, 2009 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned, attorneys for Michele Sander ("Sander"), will move before the Honorable Esther Salas, U.S.M.J., at the United States District Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey, for an Order Granting Leave to File a Second Amended Complaint, pursuant to Fed. R. Civ. P. 15(a).

**PLEASE TAKE FURTHER NOTICE** that Sander will rely on the Certification of Counsel filed herewith, and that in accordance with D.N.J. L.Civ.R. 7.1(d)(4), a brief is not required, because the Certification of Counsel sufficiently explains the reasons for Sander's Motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. L.Civ.R. 78.1(b), oral argument is not requested unless the Motion is opposed.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. L. Civ. R. 7.1(b)(1), all answering papers shall be filed with the Clerk of the United States District Court, M.L. King, Jr. Federal Bldg. & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, and served upon Bendit Weinstock, P.A., attorneys for Sander.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted, pursuant to D.N.J. L. Civ. R. 7.1(e).

                    BENDIT WEINSTOCK, P.A.
                    Attorneys for Michele Sander

                    By: /s/Alan Roth
                        ALAN ROTH

DATED: September 23, 2009