# BENDIT WEINSTOCK

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
80 MAIN STREET, SUITE 260
WEST ORANGE, N.J. 07052
(973) 736-9800
By: Alan Roth, Esq.
Attorneys for Plaintiff
Our File #40660-AR

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELE SANDER,<br><br>　　Plaintiff,<br><br>　　-vs-<br><br>HR TRUST SERVICES, LLC, HR TRUST LLP, HRT SERVICES, II, LLP, HRT INSURANCE AGENCY, LLP, OUTSOURCING WORKS, LLP, 1099 GROUP BENEFITS, LLP, IBO MANAGED SERVICES, INC., ACEVEDO SPAIN HOLDING, INC., ACEVEDO SPAIN, LP, RONALD SPAIN a/k/a RON SPAIN, JANICE ACEVEDO, SUPERIEN HEALTH NETWORKS, INTERPLAN HEALTH GROUP, PHCS PRIVATE HEALTH SYSTEMS, MULTIPLAN, INC., and WEB-TPA, INC.,<br><br>　　Defendants. | CIVIL NO. 08-cv-1383 (PGS-ES)<br><br>**ORDER GRANTING LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>Return Date: October 19, 2009 |

THIS MATTER having been opened to the Court by Bendit Weinstock, P.A., counsel for Michele Sander ("Sander"), by motion on notice to all parties, for an Order granting leave to file a Second Amended Complaint, and the Court having read and considered

the motion papers, papers filed in opposition, and having heard the arguments of counsel, if any, and good cause having been shown,

IT IS on this _____ day of _____, 2009,

ORDERED:

1. Sander is granted leave to file a Second Amended Complaint in the form attached to the motion papers;

2. Sander shall file the Second Amended Complaint within _____ days of the date of this Order; and

IT IS FURTHER ORDERED that a copy of this Order shall be served on all parties within _____ days of the date of this Order.

_____
Hon. Esther Salas, U.S.M.J.