# BENDIT WEINSTOCK

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
80 MAIN STREET, SUITE 260
WEST ORANGE, N.J. 07052
(973) 736-9800
By: Alan Roth, Esq.
Attorneys for Plaintiff
Our File #40660-AR

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELE SANDER,<br><br>　　Plaintiff,<br><br>　　-vs-<br><br>HR TRUST SERVICES, LLC, HR TRUST LLP, HRT SERVICES, II, LLP, HRT INSURANCE AGENCY, LLP, OUTSOURCING WORKS, LLP, 1099 GROUP BENEFITS, LLP, IBO MANAGED SERVICES, INC., ACEVEDO SPAIN HOLDING, INC., ACEVEDO SPAIN, LP, RONALD SPAIN a/k/a RON SPAIN, JANICE ACEVEDO, SUPERIEN HEALTH NETWORKS, INTERPLAN HEALTH GROUP, PHCS PRIVATE HEALTH SYSTEMS, MULTIPLAN, INC., and WEB-TPA, INC.,<br><br>　　Defendants. | CIVIL NO. 08-cv-1383 (PGS-ES)<br><br>Return Date: October 19, 2009 |

## CERTIFICATION OF SERVICE

　　I, KINGSUK BHATTACHARYA, ESQ., of full age, certify that on September 23, 2009, I caused to be electronically filed with the Clerk of this Court Plaintiff's Notice of Motion For Leave to File a Second Amended Complaint, Certification of Counsel in support of

same, and proposed form of Order. I further caused to be served copies of same on September 23, 2009, <u>via</u> the Court's electronic filing system, on the following:

>Abigail Bowen, Esq.
>Sedgwick Detert Moran & Arnold, LLP
>125 Broad Street, 39th Floor
>New York, New York 10004-2400
>
>Richard A. Ulsamer, Esq.
>Tompkins McGuire Wachenfeld
>   & Barry, LLP
>Four Gateway Center
>100 Mulberry Street
>Newark, New Jersey 07102
>
>Julio C. Gomez, Esq.
>The Sturcke Building
>111 Quimby Street, Suite 8
>Westfield, New Jersey 07090

I further caused to be served copies of same on September 23, 2009, <u>via</u> regular mail, upon the following:

>Michael Bernstein, Esq.
>Sedgwick Detert Moran & Arnold, LLP
>125 Broad Street, 39th Floor
>New York, New York 10004-2400
>
>Richard A. Ulsamer, Esq.
>Tompkins McGuire Wachenfeld
>   & Barry, LLP
>Four Gateway Center
>100 Mulberry Street
>Newark, New Jersey 07102
>
>Julio C. Gomez, Esq.
>The Sturcke Building
>111 Quimby Street, Suite 8
>Westfield, New Jersey 07090

>AND

R. Michael Smith, Esq.
Gordon, Feinblatt, Rothman, Hoffberger
    & Hollander, LLC
233 E. Redwood Street
Baltimore, Maryland 21202

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

*[signature: Kingsuk Bhatt]*

KINGSUK BHATTACHARYA