

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*

*Nora Coleman*
*212-898-4038*
*Nora.Coleman@sdma.com*

October 5, 2009

*Via Facsimile to (973) 645-2469*

Chambers of Honorable Esther Salas, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

Attn: Jamie

**Re: *Sander v. HR Trust, et al.***
   Docket No. 08-cv-1383
   Our File No.: 02559-131418

Dear Judge Salas:

    This firm represents defendants Private Healthcare Systems, Inc. and Multiplan, Inc. in the above-referenced matter. Please accept this letter as our request for an adjournment of plaintiff's motion to amend the complaint, currently returnable on October 19, 2009, to November 2, 2009. By copy of this letter, we confirm that ***counsel for all parties, including the movant plaintiff, consent to the adjournment.***

    We request the adjournment to obtain additional time to oppose the motion, which became necessary due to the trial schedules of both attorneys of record for Private Healthcare Systems, Inc. and Multiplan, Inc.

    We appreciate Your Honor's attention to this matter.

Very truly yours,

Nora Coleman
Sedgwick, Detert, Moran & Arnold LLP

So Ordered:
/s/ Esther Salas  10/6/09

NC/nc

NY/553677v1

*Celebrating 75 Years of Service 1933/2008*

Honorable Esther Salas, U.S.M.J.
October 5, 2009
Page 2

cc: Kingsuk Bhattacharya, Esq.
Bendit Weinstock, PC
80 Main Street
West Orange, NJ 07052

Julio C. Gomez, Esq.
The Sturcke Building
111 Quimby Street, Suite 8
Westfield, NJ 07090

Richard A. Ulsamer, Esq.
Tompkins McGuire Wachenfeld & Barry, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Francis X. Manning, Esq.
Stradley, Ronon, Stevens & Young, LLP
Woodland Falls Corporate Park
200 Lake Drive East, Suite 100
Cherry Hill, NJ 08002