# Bendit Weinstock

**A PROFESSIONAL CORPORATION • COUNSELLORS AT LAW**

80 MAIN STREET • SUITE 260 • WEST ORANGE, NJ 07052 • (973) 736-9800 • FAX: (973) 325-3115 • www.benditweinstock.com

ALAN ROTH (NJ & FL BARS)
JAMES F. KEEGAN*
ABBOTT S. BROWN*
ROGER J. DESIDERIO*
WILLIAM L. GOLD*
SHERRI DAVIS FOWLER (NJ & VA BARS)
ANTHONY MAZZA*
*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY
AS A CIVIL TRIAL ATTORNEY

BENJAMIN L. BENDIT (1950-1984)
THOMAS E. WEINSTOCK (1956-2000)
HILTON P. GOLDMAN (1965-2008)

PETER I. BERGE
KINGSUK BHATTACHARYA
ISABELLE FARRELL BRITTON (NJ, NY & CT BARS)
OF COUNSEL
CHRISTINE M. TIRITILLI
COUNSEL
BARRETT F. KALB (NJ & NY BARS)
MAX SPINRAD

October 20, 2009

<u>Via Electronic Filing</u>
Hon. Esther Salas, U.S.M.J.
U.S. District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

    Re:  Sander vs. HR Trust et als.
          Docket No.: 08-cv-1383 (PGS-ES)
          Our File No.: 40660-R/KB

Dear Judge Salas:

    We represent the plaintiff, Michele Sander, in the above matter. We write to request an adjournment of the deadline by which plaintiff is to submit a reply to the oppositions submitted by defendants in opposition to plaintiff's Motion to File a Second Amended Complaint, which is currently returnable on November 2, 2009. We request the adjournment because of an upcoming lengthy trial. We request permission to submit plaintiff's reply by November 9, 2009. We have obtained the consent of counsel for all parties to make this request.

    We appreciate Your Honor's attention to this matter.

Respectfully,

Kingsuk Bhattacharya, Esq.

SO ORDERED:

Hon. Esther Salas, U.S.M.J.

KB:lf
H:\Document\CLIENTS\AR\sander\letters\Judge-Salas-6.ltr

Established in 1957

cc: Richard Ulsamer, Esq.
    Julio C. Gomez, Esq.
    R. Michael Smith, Esq.
    Michael Bernstein, Esq.