**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF** <br> **ESTHER SALAS** <br> UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE <br> 50 WALNUT ST. <br> ROOM 2060 <br> NEWARK, NJ 07101 <br> 973-297-4887 |

March 19, 2010

## LETTER ORDER

Re:   Michelle Sander v. HR Trust Services, LLC, et al.
       Civil Action No. 08-1383 (PGS)

Dear Counsel:

A Telephone Status Conference has been scheduled for **April 16, 2009 at 11:00 a.m. Plaintiff's Counsel is to initiate the call.**  Please mark you calendars accordingly and should you have any questions please call (973) 297-4887**.**

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.M.J**

cc:   Clerk
       Hon. Peter G. Sheridan, U.S.D.J.
       File