Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, New York 10004
(212) 422-0202
(212) 422-0925
Attorneys for Defendants
Private Healthcare Systems, Inc. s/h/a "PHCS Private
Health Systems," and MultiPlan, Inc.

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

-----------------------------------------------------------x

MICHELE SANDER,

                         Plaintiff,     Civil No.: 08-cv-1383
                                         (PGS/ES)

      -against-

HR TRUST SERVICES, LLC, HR,
TRUST LLP, HRT SERVICES, II, LLP,          **NOTICE OF MOTION TO**
HRT INSURANCE AGENCY, LLP,            **DISMISS**
OUTSOURCING WORKS, LLP,
1099 GROUP BENEFITS, LLP, IBO
MANAGED SERVICES, INC.,                 **DOCUMENT**
ACEVEDO SPAIN HOLDING, INC.,        **ELECTRONICALLY FILED**
ACEVEDO SPAIN, LP, RONALD
SPAIN a/k/a RON SPAIN, JANICE
ACEVEDO, SUPERIEN HEALTH
NETWORKS, INTERPLAN HEALTH
GROUP, PHCS PRIVATE HEALTH
SYSTEMS, MULTIPLAN, INC.,
LDI PHARMACY SERVICES,
INTERGROUP SERVIES, INC.,
WEB-TPA, INC., SPECTERA, INC.,
AND UNITED HEATHCARE GROUP,

                                    Defendants.
-----------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, upon the Declaration of Marcy Feller, Esq. dated May 27,

2010 and the exhibits annexed thereto, and the Memorandum of Law in support, all simultaneously

submitted herewith, defendants **PRIVATE HEALTHCARE SYSTEMS, INC.** s/h/a "PHCS

PRIVATE HEALTH SYSTEMS" ("PHCS") and MULTIPLAN, INC. ("Multiplan"), by their attorneys, Sedgwick, Detert, Moran & Arnold LLP, will move this Court on June 21, 2010, at 9:00 a.m., or as soon thereafter as counsel may be heard, at the United States District Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey, for an Order pursuant to FED. R. CIV. P. 12(b)(6), dismissing each of Plaintiff's claims asserted against PHCS and MultiPlan for failure to state a claim upon which relief may be granted,  and for such other and further relief as this Court may deem just and proper.

   **PLEASE TAKE FURTHER NOTICE** that answering papers, if any, must be served by June 7, 2010.

Dated: New York, New York
    May 27, 2010

         Respectfully Submitted,


         s/ _____
         MICHAEL H. BERNSTEIN *pro hac vice*
         NORA COLEMAN
         **SEDGWICK, DETERT, MORAN & ARNOLD LLP**
         **Attorneys for Defendants**
         Private Healthcare Systems, Inc. s/h/a "PHCS Private
         Health Systems," and MultiPlan, Inc.
         125 Broad Street, 39th Floor
         New York, New York 10004-2400
         Telephone: (212) 422-0202
         Facsimile:  (212) 422-0925

TO:   Kingsuk Bhattacharya, Esq.
Bendit Weinstock, PC
80 Main Street
West Orange, NJ 07052
*Attorneys for Plaintiff*

Julio C. Gomez, Esq.
The Sturcke Building
111 Quimby Street, Suite 8
Westfield, NJ 07090

--and—

Charles R. Bacharach, Esq.
Gordon Feinblatt Rothman
     Hoffberger & Hollander, LLC
233 E. Redwood Street
Baltimore, MD 21202
*Attorneys for Defendants Superien Health Networks*
*and Interplan Health Group*

Richard A. Ulsamer, Esq.
Tompkins McGuire Wachenfeld & Barry, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
*Attorneys for Defendant, webTPA Employer Services, LLC,*
*improperly plead as Web-TPA, Inc*