# Bendit Weinstock

**A PROFESSIONAL CORPORATION • COUNSELLORS AT LAW**

80 MAIN STREET • SUITE 260 • WEST ORANGE, NJ 07052 • (973) 736-9800 • FAX: (973) 325-3115 • www.benditweinstock.com

ALAN ROTH (NJ & FL BARS)
JAMES F. KEEGAN*
ABBOTT S. BROWN*
ROGER J. DESIDERIO*
WILLIAM L. GOLD*
SHERRI DAVIS FOWLER (NJ & VA BARS)
ANTHONY MAZZA*
*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY
 AS A CIVIL TRIAL ATTORNEY

BENJAMIN L. BENDIT (1950-1984)
THOMAS E. WEINSTOCK (1956-2000)
HILTON P. GOLDMAN (1965-2008)

PETER I. BERGÉ
K. RAJA BHATTACHARYA
ISABELLE FARRELL BRITTON (NJ, NY & CT BARS)
ERICA A. LAPLANTE (NJ & NY BARS)
OF COUNSEL
CHRISTINE M. TIRITILLI
COUNSEL
BARRETT F. KALB (NJ & NY BARS)
MAX SPINRAD

June 1, 2010

<u>Electronically filed and</u>
<u>Via telecopier (609)989-0463</u>
The Honorable Chief Judge
Garrett E. Brown, Jr. U.S.D.J
68 Clarkson S. Fisher & US Courthouse
Room 4050
402 E. State Street
Trenton, New Jersey 08608

      RE: MICHELE SANDER v. HR TRUST
            Civil Action No. 2:08-cv-01383 (PGS-ES)
            Our File #40660-R

Dear Chief Judge Brown:

    We represent the plaintiff in the above matter. Pursuant to *Loc. Civ. R.* 6.1, we write to request a fourteen (14) day extension of the time in which plaintiff must oppose or respond to the three Motions to Dismiss filed by the defendants in this matter. Defendants, PHCS Private Health Systems and Multiplan, Inc., filed their Motion to Dismiss on May 27, 2010. Defendants, Superian Health Networks and Interplan Health Group, filed their Motion to Dismiss on May 27, 2010. Defendant, web-TPA, filed its Motion to Dismiss on May 28, 2010. Plaintiff's deadline to respond to these Motions is currently June 7, 2010.

    If plaintiff's request for an extension is granted, the new due date for plaintiff's opposition will be June 21, 2010.

Page 2.

We thank Your Honor for Your anticipated cooperation.

Respectfully,

K. Raja Bhattacharya

KB:lf
cc: Michael Bernstein, Esq. (via electronic filing)
    Richard A. Ulsamer, Esq. (via electronic filing)
    Julio C. Gomez, Esq. (via electronic filing)
    Charles R. Bacharach, Esq. (via electronic filing)
    Nora Coleman, Esq. (via electronic filing)
    Michele Sander (via regular mail)

So Ordered:
[signature] U.S.M.J
6/4/10

H:\Document\CLIENTS\AR\sander\letters\Brown.6.1.20.ltr