SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
Attorneys for Defendants
Private Healthcare Systems, Inc. i/s/h/a
"PHCS Private Health Systems," and MultiPlan, Inc.

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

-------------------------------------------------------------x

| | |
|---|---|
| MICHELE SANDER,<br><br>                                      Plaintiff,<br><br>    -against-<br><br>HR TRUST SERVICES, LLC, HR, TRUST LLP, HRT SERVICES, II, LLP, HRT INSURANCE AGENCY, LLP, OUTSOURCING WORKS, LLP, 1099 GROUP BENEFITS, LLP, IBO MANAGED SERVICES, INC., ACEVEDO SPAIN HOLDING, INC., ACEVEDO SPAIN, LP, RONALD SPAIN a/k/a RON SPAIN, JANICE ACEVEDO, SUPERIEN HEALTH NETWORKS, INTERPLAN HEALTH GROUP, PHCS PRIVATE HEALTH SYSTEMS, MULTIPLAN, INC., LDI PHARMACY SERVICES, INTERGROUP SERVIES, INC., WEB-TPA, INC., SPECTERA, INC., AND UNITED HEATHCARE GROUP,<br><br>                                    Defendants. | Civil No.: 08-cv-1383<br>(PGS/ES)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for defendants PRIVATE HEALTHCARE SYSTEMS, INC. i/s/h/a "PHCS PRIVATE HEALTH SYSTEMS" ("PHCS") and MULTIPLAN, INC.

I certify that I am admitted to practice in this court.

Dated: June 16, 2010

SEDGWICK, DETERT, MORAN & ARNOLD LLP
Attorneys for Defendants
Private Healthcare Systems, Inc. i/s/h/a "PHCS Private Health Systems," and MultiPlan, Inc.

_____
Elizabeth Chesler (2299)

## CERTIFICATE OF SERVICE

I, Elizabeth Chesler, hereby certify that I caused a copy of a Notice of Appearance to be served, via ECF, on the following:

Alan Roth, Esq.
Bendit Weinstock, P.C.
80 Main Street, Suite 260
West Orange, New Jersey 07052
Attorneys for Plaintiff

Richard A. Ulsamer, Esq.
Tompkins, McGuire, Wachenfeld & Barry LLP
Four Gateway Center, 5th Floor
100 Mulberry Street
Newark, New Jersey 07102
Attorneys for Defendant webTPA Employer Services, LLC
i/s/h/a Web-TPA, Inc.

Julio C. Gomez, Esq.
Gomez LLC
The Sturcke Building
111 Quimby Street, Suite 8
Westfield, New Jersey 07090
Attorneys for Defendants Superien Health Networks and
Interplan Health Group

Francis X. Manning, Esq.
Stradley, Ronon, Stevens & Young, LLP
Woodland Falls Corporate Park
200 Lake Drive East, Suite 100
Cherry Hill, New Jersey 08002
Attorneys for Defendants Spectera, Inc. and
United Healthcare Insurance Company

Dated: June 16, 2010

Elizabeth Chesler (EC 2299)

NY/565749V1