# Bendit Weinstock
A PROFESSIONAL CORPORATION • COUNSELLORS AT LAW
80 MAIN STREET • SUITE 260 • WEST ORANGE, NJ 07052 • (973) 736-9800 • FAX: (973) 325-3115 • www.benditweinstock.com

ALAN ROTH (NJ & FL BARS)
JAMES F. KEEGAN*
ABBOTT S. BROWN*
ROGER J. DESIDERIO*
WILLIAM L. GOLD*
SHERRI DAVIS FOWLER (NJ & VA BARS)
ANTHONY MAZZA*
*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

BENJAMIN L. BENDIT (1950-1984)
THOMAS E. WEINSTOCK (1956-2000)
HILTON P. GOLDMAN (1965-2008)

PETER I. BERGÉ
K. RAJA BHATTACHARYA
ISABELLE FARRELL BRITTON (NJ, NY & CT BARS)
ERICA A. LAPLANTE (NJ & NY BARS)
OF COUNSEL
CHRISTINE M. TIRITILLI
COUNSEL
BARRETT F. KALB (NJ & NY BARS)
MAX SPINRAD

June 21, 2010

RECEIVED
JUN 2 2 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

<u>VIA TELECOPIER (609)989-0463</u>
The Honorable Chief Judge
Garrett E. Brown, Jr. U.S.D.J
68 Clarkson S. Fisher & US Courthouse
Room 4050
402 E. State Street
Trenton, New Jersey 08608

      RE:   MICHELE SANDER v. HR TRUST
            Civil Action No. 2:08-cv-01383 (PGS-ES)
            Our File #40660-R
            **Opposition to Motion Due June 21, 2010**

Dear Chief Judge Brown:

    We represent the plaintiff in the above matter. We write to request an additional extension of time for plaintiff to respond to the two motions of defendants Superien Health Networks and Interplan Health Group, and defendants PHCS Private Health Systems and Multiplan, Inc. We have settled our claims with WEB-TPA and therefore will not be submitting opposition to their motion. Plaintiff's deadline to respond to these Motions is currently **June 21, 2010**. Plaintiff's deadline to submit her opposition was extended on June 4, 2010 until June 21, 2010. Plaintiff has now received the consent of counsel to request the Court for an extension until July 6, 2010.

    We request this extension because the parties are currently undergoing settlement discussions.

Established in 1957

The Honorable Chief Judge
Garrett E. Brown, Jr. U.S.D.J
June 21, 2010
Page 2

We thank Your Honor for Your anticipated cooperation.

Respectfully,

*K. RAJA BHATTACHARYA*

KB:mjp
cc: Michael Bernstein, Esq. (via telecopier 212-422-0925)
Julio C. Gomez, Esq. (via telecopier 908-789-1081)
Charles R. Bacharach, Esq. (via telecopier 410-576-4292)
Michele Sander (via regular mail)

ORDER

The above application is ORDERED GRANTED, deadline extended to July 6, 2010.

ORDER DATED: 6/21/10

The Hon. Chief Judge
Garrett E. Brown, Jr.
United States Magistrate Judge