# Bendit Weinstock

**A PROFESSIONAL CORPORATION • COUNSELLORS AT LAW**

80 MAIN STREET • SUITE 260 • WEST ORANGE, NJ 07052 • (973) 736-9800 • FAX: (973) 325-3115 • www.benditweinstock.com

ALAN ROTH (NJ & FL BARS)
JAMES F. KEEGAN*
ABBOTT S. BROWN*
ROGER J. DESIDERIO*
WILLIAM L. GOLD*
SHERRI DAVIS FOWLER (NJ & VA BARS)
ANTHONY MAZZA*
*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

BENJAMIN L. BENDIT (1950-1984)
THOMAS E. WEINSTOCK (1956-2000)
HILTON P. GOLDMAN (1965-2008)

PETER I. BERGE
KINGSUK BHATTACHARYA
ISABELLE FARRELL BRITTON (NJ, NY & CT BARS)
OF COUNSEL
CHRISTINE M. TIRITILLI
COUNSEL
BARRETT F. KALB (NJ & NY BARS)
MAX SPINRAD

September 14, 2010

VIA ELECTRONIC FILING
The Honorable Chief Judge
Garrett E. Brown, Jr. U.S.D.J
68 Clarkson S. Fisher & US Courthouse
Room 4050
402 E. State Street
Trenton, New Jersey 08608

    Re: Sander vs. HR Trust et als.
        Docket No.: 08-cv-1383 (PGS-ES)
        Our File No.: 40660-R/KB

Dear Judge Brown:

    We represent the plaintiff in the above matter. The plaintiff requests an in-person proof hearing to establish her damages in this matter. We note that our motion to enter default is currently returnable on October 4, 2010. At that time plaintiff requests an in-person proof hearing to establish her damages.

    Thank you for Your Honor's consideration.

                          Respectfully,

                          *s/K. Raja Bhattacharya*
                          K. RAJA BHATTACHARYA
                          Kbhattacharya@benditweinstock.com

KB:mjp

H:\Document\CLIENTS\AR\sander\letters\Judge-Brown-9-14-10.ltr