United States District Court
for the District of New Jersey

_____

**PHYSIOLOGIC ASSESSMENT SERVICES, ET AL.,**

      Plaintiff

vs.

**MICHELE SANDER , ET AL.,**

      Defendant
_____

Civil Action No.  08-1383

Order of Reassignment

It is on this 5th day of October 2010,

O R D E R E D that the entitled action is reassigned

from Judge Garrett E. Brown, Jr. to Judge Faith S. Hochberg.

.

      S/Garrett E. Brown, Jr.
      Garrett E. Brown, Jr., Chief Judge
      United States District Court