**BENDIT WEINSTOCK**
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
80 MAIN STREET, SUITE 260
WEST ORANGE, N.J. 07052
(973) 736-9800
By: Alan Roth, Esq.
Attorneys for Plaintiff
Our File #40660-AR



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELE SANDER,<br><br>    Plaintiff,<br><br>    -vs-<br><br>HR TRUST SERVICES, LLC, HR TRUST LLP, HRT SERVICES, II, LLP, HRT INSURANCE AGENCY, LLP, OUTSOURCING WORKS, LLP, 1099 GROUP BENEFITS, LLP, IBO MANAGED SERVICES, INC., ACEVEDO SPAIN HOLDING, INC., ACEVEDO SPAIN, LP, RONALD SPAIN a/k/a RON SPAIN, JANICE ACEVEDO, SUPERIEN HEALTH NETWORKS, INTERPLAN HEALTH GROUP, PHCS PRIVATE HEALTH SYSTEMS, MULTIPLAN, INC., and WEB-TPA, INC.,<br><br>    Defendants. | : CIVIL NO. 08-cv-1383 (PGS-ES)<br>:<br>:<br>:<br>:<br>: FILED ELECTRONICALLY<br>:<br>:<br>:<br>: Hon. Patty Shwartz, U.S.M.J.<br>: Return Date: November 1, 2010<br>:<br>: |

<u>ORDER TO ENTER DEFAULT JUDGMENT</u>

This matter having been opened to the Court by Alan Roth, Esq., a member of the firm Bendit Weinstock, P.A., attorneys for Michele Sander, Plaintiff, and the Court having considered the

moving papers and the opposition (if any) and for good cause having been shown;

It is on this 16th day of November, 2010 ORDERED that:

1. Default Judgment is entered in favor of plaintiff, Michele Sander, and against defendants, HR Trust Services, LLC, HR Trust LLP, HRT Services II, LLP, HRT Insurance Agency, LLP, Outsourcing Works, LLP, 1099 Group Benefits, LLP, IBO Managed Services, Inc., Acevedo Spain Holding, Inc., Acevedo Spain, LP, Ronald Spain, and Janice Acevedo, in the amount of $20,083.71

**IT IS FURTHER ORDERED** that a copy of this Order be served upon all parties within 14 days of receipt this Order by the moving party.

~~Hon. Patty Shwartz, U.S.M.J.~~
Hon Faith S. Hochberg, U.S.D.J.